UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-01856-HHK |
| ) | |
| DISTRICT OF COLUMBIA, ET AL., ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

Will the Clerk of the Court please enter the appearance of Timothy K. Webster of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, as counsel for the following Defendants in the above-captioned case:

1. Board on Professional Responsibility
2. Office of Bar Counsel
3. D.C. Bar
4. Wallace Eugene Shipp. Jr.
5. Leonard H. Becker
6. Elizabeth J. Branda
7. H. Lallah Shiskevish

Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar No. 441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

Dated: October 16, 2009

Board on Professional Responsibility, Office of Bar Counsel, D.C. Bar, Wallace Eugene Shipp, Jr., Leonard H. Becker, Elizabeth J. Branda, and H. Lallah Shiskevish

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that the following parties were served via first class mail, postage prepaid, on October 16, 2009:

| | |
|---:|:---|
| T. Carlton Richardson | 1505 Pennsylvania Avenue, SE |
| *Pro se* | Washington, D.C.  20003-3117 |

All other parties were served through the Court's ECF case filing system.

                                              /s/ Timothy K. Webster