UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. CARLTON RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09CV01856 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, ET AL., | ) | |
| | ) | |
| Defendants | ) | |

## OPPOSITION TO MOTION FOR DEFAULT JUDGMENT & REQUEST FOR HEARING

On November 10, 2009, Plaintiff T. Carlton Richardson ("Richardson") filed a Motion for Default Judgment & Request for Hearing on the basis of Defendants' alleged failure to reply to his Complaint by the appropriate time. Docket No. 21. Defendants the Board on Professional Responsibility, Office of Bar Counsel, District of Columbia Bar, Wallace Eugene Shipp, Jr., Leonard Becker, Elizabeth J. Branda, and H. Lalla Shishkevish ("Bar Defendants") understand Richardson to have withdrawn that motion in his later filed Motion for Partial Summary Judgment, Contempt of Court & Referral for Criminal Prosecution, Docket No. 23. There, Richardson said that "[counsel for Defendants] requested that plaintiff 'withdraw' the default judgment motion, however in lieu of withdrawal, it (sic) legal arguments are incorporated by reference to this motion." *Id.* at 3 n.2. If Richardson has not, in fact, withdrawn his motion, however, the Bar Defendants join the Memorandum in Opposition, Docket No. 31, filed on November 24, 2009.

Respectfully submitted,

Dated: Nov. 24, 2009

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar No. 441297)
Noah A. Clements (D.C. Bar No. 500019)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

*Counsel for* Board on Professional
Responsibility, Office of Bar Counsel,
District of Columbia Bar, Wallace Eugene
Shipp, Jr., Leonard H. Becker, Elizabeth J.
Branda, and H. Lalla Shishkevish

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the following parties were served via first class mail, postage prepaid, on November 24, 2009:

| | |
|---|---|
| T. Carlton Richardson<br>*Pro se* | 1505 Pennsylvania Avenue, SE<br>Washington, D.C.  20003-3117 |

All other parties were served through the Court's ECF case filing system.

<u>/s/ Timothy K. Webster</u>