UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CARLTON RICHARDSON,           )
                                 )
                Plaintiff,       )
                                 )
v.                               )        Case No. 1:09CV01856 (HHK)
                                 )
DISTRICT OF COLUMBIA, ET AL.,    )
                                 )
                Defendants       )

## DEFENDANTS' MOTION TO HOLD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, ETC., IN ABEYANCE OR, ALTERNATIVELY, FOR AN EXTENSION OF TIME TO RESPOND

The Defendants District of Columbia, District of Columbia Court of Appeals, Chief

Judge Eric T. Washington and Associate Judges Vanessa Ruiz, Inez Smith Reid, Stephen H.

Glickman, Noel A. Kramer, John. R. Fisher, Anna Blackburne-Rigsby, Phyllis D. Thompson,

Kathryn A. Oberly, Board on Professional Responsibility, the "Unknown Contact Member" of

the Board on Professional Responsibility, Office of Bar Counsel, D.C. Bar, Wallace Eugene

Shipp, Jr., Leonard H. Becker, Elizabeth J. Branda, and H. Lalla Shishkevish (collectively

referred to herein as "Defendants"), through undersigned counsel pursuant to Federal Rule of

Civil Procedure 6(b) and this Court's inherent authority respectfully request that the Court either

(1) hold Plaintiff T. Carlton Richardson's ("Richardson's") Motion for Partial Summary

Judgment, Contempt of Court, and Referral for Criminal Prosecution, ("Motion for Partial

Summary Judgment") (Docket No. 23), in abeyance pending resolution of Defendants' motions

to dismiss (Docket Nos. 25, 26), or, alternatively, (2) extend Defendants' time to respond to

Richardson's motion by 120 days.

1.  On November 17, 2009, Richardson filed a 43 page motion for partial summary judgment with this Court, complimenting his 56 page Complaint.  He did so without waiting for Defendants' responses to his Complaint—which were not due until the following day.  *See* Minute Order Granting Joint Motion for Extension of Time (Oct. 19, 2009).  Defendants have now filed their motions to dismiss (Docket Nos. 25, 26).

2.  Holding Richardson's motion for partial summary judgment in abeyance pending resolution of Defendants' motions to dismiss for lack of jurisdiction and failure to state a claim is appropriate.  It is within this Court's power to do so.  *See, e.g.*, *Nat'l Wildlife Fed'n v. Browner*, 237 F.3d 670, 671-672 (D.C. Cir. 2001) (holding consideration of merits of Clean Water Act petition in abeyance pending resolution of motion to dismiss for lack of subject matter jurisdiction).  It is also prudent.  Defendants' motions to dismiss offer multiple grounds for dismissing *all* of Richardson's claims.  *See*, *e.g.*, Memorandum in Support of Motion to Dismiss, Docket No. 25 at 10-20 (explaining that the *Rooker-Feldman* Doctrine, the statute of limitation, *and* prior preclusive judgments as to both bar consideration of all of Richardson's claims).  In fact, this Court recently dismissed a similar complaint from Richardson on these very grounds.  *See Richardson v. Dist. of Columbia et al.*, No. 1:06-1665 slip op., 4-6, 6 n.7 (D.D.C. Jul. 11, 2007) (dismissing Richardson's claims for lack of subject matter jurisdiction under *Rooker-Feldman*, under the preclusion doctrines, and because of the three year statute of limitations).

3.  In the alternative, extending the deadline for filing a response to the motion for partial summary judgment is appropriate.  This is a complicated case, representing the culmination of Richardson's 15-year campaign to collaterally attack D.C. Court of Appeals judgments against him.  *See* Motion to Dismiss, Docket No. 25 at 4-10.  And Richardson's lengthy motion for partial summary judgment only expands that complexity—adding two additional requests for

relief.  *See* Motion for Partial Summary Judgment at 36 (requesting that this Court cite "the DCCA's federal court counsel" for "contempt" and refer those counsel to the United States Attorney for "prosecution of the obstruction of justice allegation . . . .").

    4.  Fed. R. Civ. P. 6(b) provides that:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court . . .  may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed or extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect . . . .

    5.  This request is being made prior to the expiration of the prescribed period, and is for cause shown.

    6.  No party will be unduly prejudiced should the Court grant the requested relief.

    7.  LCvR 7(m) statement:  Richardson previously instructed Defendants' counsel not to contact him by telephone or email except in an emergency.  Counsel thus contacted Richardson by mail on November 23, 2009 regarding this motion.  Counsel has not heard back from Richardson and assumes that he opposes this motion.

    For all the above-stated reasons, Defendants request that this Court (1) hold Richardson's motion for partial summary judgment in abeyance pending resolution of Defendants' motions to dismiss or, alternatively, (2) grant an additional 120 days to file a response to  Richardson's motion for partial summary judgment.

Respectfully submitted,

Dated:  November 25, 2009

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar No. 441297)
Noah A. Clements  (D.C. Bar No. 500019)
SIDLEY AUSTIN LLP
1501 K Street, N.W.

Washington, D.C.  20005
(202) 736-8000

*Counsel for* Board on Professional
Responsibility, Office of Bar Counsel,
District of Columbia Bar, Wallace Eugene
Shipp, Jr., Leonard H. Becker, Elizabeth J.
Branda, and H. Lalla Shishkevish

And

PETER J. NICKLES
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation
Division

  /s/   Ellen Efros
Ellen Efros [250746]
Assistant Deputy Attorney General, Civil
Litigation Division

  /s/   Thomas L. Koger
THOMAS L. KOGER [427921]
Assistant Attorney General
Equity Section I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 727-4170; (202) 741-5908 (Fax)
Thomas.koger@dc.gov

Counsel for the District of Columbia,
District of Columbia Court of Appeals,
Chief Judge Eric T. Washington and
Associate Judges Vanessa Ruiz, Inez Smith
Reid, Stephen H. Glickman, Noel A.
Kramer, John R. Fisher, Anna Blackburne-
Rigsby, Phyllis D. Thompson and Kathryn
A. Oberly

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served via first-class mail, postage prepaid, on November 25, 2009:

T. Carlton Richardson
*Pro se*
1505 Pennsylvania Avenue, SE
Washington, D.C.  20003-3117

All other parties were served through the Court's ECF case filing system.

/s/ Timothy K. Webster
Timothy K. Webster