UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, ET AL., )<br>)<br>Defendants ) | Case No. 1:09CV01856 (HHK) |

**ORDER HOLDING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT IN ABEYANCE**

Upon consideration of the Defendants' Motion To Hold Plaintiff's Motion For Partial Summary Judgment, Etc., In Abeyance Or, Alternatively, For An Extension Of Time To Respond, Plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is ORDERED that the motion shall be granted. Plaintiff's Motion for Partial Summary Judgment (Docket No. 23) shall be held in abeyance pending resolution of Defendants' Motions to Dismiss (Docket Nos. 25 and 26).

Dated: _____

_____
The Honorable Henry H. Kennedy, Jr.
United States District Judge