# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:09CV01856 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, ET AL., | ) |
| | ) |
| Defendants | ) |

## JOINT MOTION TO ENJOIN PLAINTIFF FROM FILING ANYTHING FURTHER RELATED TO THE FACTS UNDERLYING THIS ACTION WITHOUT LEAVE OF COURT

Defendants District of Columbia, District of Columbia Court of Appeals, Chief Judge Eric T. Washington and Associate Judges Vanessa Ruiz, Inez Smith Reid, Stephen H. Glickman, John. R. Fisher, Anna Blackburne-Rigsby, Phyllis D. Thompson, Kathryn A. Oberly, Board on Professional Responsibility, Office of Bar Counsel, D.C. Bar, Wallace Eugene Shipp, Jr., Leonard H. Becker, Elizabeth J. Branda, and H. Lalla Shishkevish (collectively referred to herein as "Defendants"), through undersigned counsel pursuant to this Court's inherent authority respectfully jointly request that the Court hold[1] that Plaintiff T. Carlton Richardson ("Richardson") is a "vexatious" litigant and enjoin him from filing, after completion of the present suit, anything "'further in relation to [the underlying facts of this] case without leave of Court. . . [and require] that any filings [he] attempts to make without leave of Court shall be

---

[1] **Defendants acknowledge that this motion is subject to the Court's minute order of January 4, 2010, holding all motions in abeyance pending resolution of the motions to dismiss.** Therefore, no opposition from Richardson to this motion or to the Judicial Defendants' cross-motion to dismiss the Complaint for lack of subject matter jurisdiction is presently due.  Defendants file this motion at this time to provide notice to the Court and Richardson of the relief they seek, given the admonition from the D.C. Circuit Court of Appeals in the most recent prior Richardson suit.  *See Richardson v. Dist. of Columbia*, No. 07-7138, 2008 WL 2396186, *1 (D.C. Cir. Feb 13, 2008) (vacating filing injunction against Richardson because it was not "supported by 'substantive findings as to the frivolous or harassing nature of the litigant's actions.'") (citation omitted).

deemed vexatious litigation and sanctioned accordingly.'" *Hollis-Arrington v. Fannie Mae*, No. 04-5068, 2004 U.S. App. LEXIS 24008, *2 (D.C. Cir. Nov. 15, 2004) (quoting Dismissal Order at 2) (summarily affirming entry of vexatious litigation injunction). Defendants request that this injunction apply broadly to Richardson so as to prevent future vexatious litigation involving the same underlying facts. The grounds for this motion are as follows:

1) Richardson has been amply warned by this Court and the D.C. Circuit not to continue his pattern of filing vexatious litigation in connection with the 1997 D.C. Court of Appeals order suspending him from the D.C. Bar. This forewarning makes a filing injunction especially appropriate.

2) After 15 years of litigation, Richardson's Complaint against the defendants has become nothing more than harassment. His claims have remained essentially unchanged, and they have repeatedly been held meritless. In fact, the D.C. Circuit has *summarily* affirmed dismissal of his Complaint three times. He files these meritless claims with great frequency, and responding to them is a burden on the defendants. This alone warrants entry of a filing injunction against Richardson.

3) Richardson should also be enjoined from filing anything further in relation to the underlying facts of this suit because his claims are frivolous. Their non-viability is, again, amply demonstrated by the D.C. Circuit's three summary affirmances of this Court's repeated dismissals of his suits.

4) A filing injunction would not unduly burden Richardson's genuine attempts to vindicate his rights. He can still secure leave of this Court for future suits, and the D.C. Circuit has upheld a similar filing injunction in the past.

                                            Respectfully submitted,
                                            /s/ Timothy K. Webster

January 8, 2010　　　　　　　　　　　　Timothy K. Webster (D.C. Bar No. 441297)
　　　　　　　　　　　　　　　　　　　Noah A. Clements (D.C. Bar No. 500019)
　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　1501 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　(202) 736-8000

　　　　　　　　　　　　　　　　　　　*Counsel for* Board on Professional
　　　　　　　　　　　　　　　　　　　Responsibility, Office of Bar Counsel, District
　　　　　　　　　　　　　　　　　　　of Columbia Bar, Wallace Eugene Shipp, Jr.,
　　　　　　　　　　　　　　　　　　　Leonard H. Becker, Elizabeth J. Branda, and H.
　　　　　　　　　　　　　　　　　　　Lalla Shishkevish


　　　　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　/s/ Ellen Efros
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ELLEN EFROS [250746]
　　　　　　　　　　　　　　　　　　　Assistant Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division
　　　　　　　　　　　　　　　　　　　441 Fourth Street, NW, Sixth Floor South
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　(202) 442-9886

　　　　　　　　　　　　　　　　　　　/s/ Thomas L. Koger
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THOMAS L. KOGER [427921]
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Equity Section I
　　　　　　　　　　　　　　　　　　　441 Fourth Street, NW, Sixth Floor South
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　(202) 727-4170

　　　　　　　　　　　　　　　　　　　*Counsel for* District of Columbia,
　　　　　　　　　　　　　　　　　　　the District of Columbia Court of Appeals,
　　　　　　　　　　　　　　　　　　　Chief Judge Eric T. Washington and Associate
　　　　　　　　　　　　　　　　　　　Judges Vanessa Ruiz, Inez Smith Reid, Stephen
　　　　　　　　　　　　　　　　　　　H. Glickman, Noel Anketell Kramer, John. R.
　　　　　　　　　　　　　　　　　　　Fisher, Anna Blackburne-Rigsby, Phyllis D.
　　　　　　　　　　　　　　　　　　　Thompson and Kathryn A. Oberly

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following parties were served via first-class mail, postage prepaid, on January 8, 2010:

           T. Carlton Richardson
           *Pro se*
           1505 Pennsylvania Avenue, SE
           Washington, D.C.  20003-3117

      All other parties were served through the Court's ECF case filing system.

                              /s/ Noah A. Clements