UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action 09-01856 (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 13th day of May 2010, hereby

**ORDERED** and **ADJUDGED** that this action is **DISMISSED**.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge