UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CARLTON RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action 09-01856  (HHK) |

# ORDER

It is this 14th day of May 2010, hereby

**ORDERED** that plaintiff shall file any opposition he may have to defendants' "Joint Motion to Enjoin Plaintiff from Filing Anything Further Related to the Facts Underlying this Action Without Leave of Court" [#64] by no later than June 4, 2010.

                                                       Henry H. Kennedy, Jr.
                                                       United States District Judge