UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CARLTON RICHARDSON,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action 09-01856 (HHK)

## ORDER

Before the Court are plaintiff's motion to vacate dismissal [#72] and plaintiff's motion for reconsideration [#73]. Upon consideration of the motions, defendants' opposition to plaintiff's motion to vacate, and the record of this case, it is this 16th day of June 2010, hereby

**ORDERED** that plaintiff's motions [## 72, 73] are **DENIED**.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge